# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1660
LT Case No. 2002-CF-008178-A

_____

CHRIS THOMPSON,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Chris Thompson, Wewahitchka, pro se.

No Appearance for Appellee.


August 15, 2023


PER CURIAM.

   AFFIRMED.


EDWARDS, C.J., WALLIS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____